IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02664-REB-MJW

EVELYN P. MONDRAGON, et al.,

Plaintiffs,

v.

CLAY D. OTTO, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiff's Motion for Reconsideration of Magistrate's Order on Motion to Compel (docket no. 28) is DENIED.

Date: March 23, 2006