IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02664-REB-MJW

EVELYN P. MONDRAGON, et al.,

Plaintiffs,

v.

CLAY D. OTTO, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiff's Motion to Amend Caption (document 35) is GRANTED.  The Defendant currently known as "Clay D. Otto" shall now be designated "Clay D. Otto, a/k/a Douglas Otto Clay, a/k/a Douglas O. Clay."

Date:  March 29, 2006