**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02664-REB-MJW

EVELYN P. MONDRAGON,
LISA MONDRAGON, and
JARED C. ELLIS,

      Plaintiffs,

v.

CLAY D. OTTO,
LEADING EDGE DISTRIBUTING, a corporation
SEURING PROPERTIES, a business entity, and
KARL SEURING,

      Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

On April 6, 2006, the parties filed a **Stipulation for Dismissal Under 41(a)(1)(ii) of Plaintiff Lisa Mondragon's Claims** [#41].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that the claims of plaintiff, Lisa Mondragon, against the defendants should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation for Dismissal Under 41(a)(1)(ii) of Plaintiff Lisa Mondragon's Claims** [#41], filed on April 6, 2006, is **APPROVED**;

      2.  That plaintiff Lisa Mondragon's claims against defendants, Clay D. Otto, a/k/a Douglas Otto Clay, a/k/a Douglas O. Clay, Leading Edge Distributing, Seuring

Properties, and Karl Seuring, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and cost.; and

     3.   That plaintiff Lisa Mondragon is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

     Dated April 6, 2006, at Denver, Colorado.

                           **BY THE COURT:**

                           **s/ Robert E. Blackburn**
                           **Robert E. Blackburn**
                           **United States District Judge**