**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02664-REB-MJW

EVELYN P. MONDRAGON,  and
JARED C. ELLIS,

    Plaintiffs,

v.

CLAY D. OTTO,
LEADING EDGE DISTRIBUTING, a corporation
SEURING PROPERTIES, a business entity, and
KARL SEURING,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the Magistrate Judge's **Recommendation that Action be Dismissed Against Defendant Clay D. Otto, a/k/a Douglas Otto Clay, a/k/a Douglas O. Clay** [#44] filed May 2, 2006.  No objections to the recommendation have been filed.  Therefore, I review it only for plain error.  *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Recommendation that Action be Dismissed Against Defendant Clay D. Otto, a/k/a Douglas Otto Clay, a/k/a Douglas O. Clay** [#44] filed May 2, 2006, is **APPROVED AND ADOPTED** as an order of this court;

      2.  That plaintiffs' claim against defendant Clay D. Otto, a/k/a Douglas Otto Clay, a/k/a Douglas O. Clay is **DISMISSED WITHOUT PREJUDICE** for failure to show cause and failure to timely serve this defendant; and

      3.  That defendant Clay D. Otto, a/k/a Douglas Otto Clay, a/k/a Douglas O. Clay is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

      Dated June 1, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**