IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02664-REB-MJW

EVELYN P. MONDRAGON;
LISA MONDRAGON; and
JARED C. ELLIS.

   Plaintiffs,

v.

CLAY D. OTTO;
LEADING EDGE DISTRIBUTING, a corporation;
SEURRING PROPERTIES, a business entity; and
KARL SEURRING.

   Defendants.

---

### ORDER EXCUSING KARL SEURING
### FROM ATTENDANCE AT SETTLEMENT CONFERENCE
(Docket No. 53)

---

THIS MATTER coming before the Court on Defendants' Motion for Order of the Court to Excuse Karl Seuring from Attendance at Settlement Conference, and the Court having considered said Motion, grants the motion.

IT IS HEREBY ORDERED, that Karl Seuring is excused from attending the Settlement Conference set for August 1, 2006 at 3:30 p.m. in this matter.

DATED this 28Th day of July, 2006.

BY THE COURT:

/s/ Michael J. Watanabe
U.S. District Court Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE