IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-02664-REB-MJW

EVELYN P. MONDRAGON,  and
JARED C. ELLIS,

    Plaintiffs,

v.

LEADING EDGE DISTRIBUTING, a corporation
SEURING PROPERTIES, a business entity, and
KARL SEURING,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal With Prejudice** [#58], filed August 10, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice** [#58], filed August 10, 2006, is **APPROVED**;

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for June 29, 2007, is **VACATED**;

4.  That the jury trial set to commence July 23, 2007, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated August 11, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**